IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK



*****************************************

UNITED STATES OF AMERICA,

          Plaintiff,

          ORDER OF FORFEITURE

      v.                    5:08-CV-757 (NAM/GHL)

$20,737.00 IN UNITED STATES CURRENCY,

          Defendant.

*****************************************

THIS COURT having before it the Stipulated Agreement of the parties to the above-referenced action, and the parties having agreed to its terms as indicated by their signatures, it is hereby;

ORDERED, that the sum of $12,737.00 in United States currency is forfeited to the United States of America, and it is further;

ORDERED, that the United States Marshals Service for the Northern District of New York will be directed to dispose of the $12,737.00 in United States currency in accordance with law and it is further;

ORDERED, that the sum of $8,000.00 in United States currency shall be returned to claimant Nathaniel Dickerson by and through his attorney, Michael A. Burger, Esq., Davidson Fink LLP, 28 East Main Street, Suite 1700, Rochester, New York 14614 and it is further;

ORDERED, that each side bear its own costs and it is further;

**ORDERED**, that the Clerk of the Court shall enter judgment of forfeiture to the United States of America in accordance with the terms of this Order.

Dated: December 17, 2008

HONORABLE NORMAN A. MORDUE
CHIEF UNITED STATES DISTRICT JUDGE