# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**United States of America**

     vs.                  CASE NUMBER: 5:08-CV-757 (NAM/GHL)

**$20,737.00 in United States Currency**

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

It is ordered that $12,737.00 in United States Currency is forfeited to the United States of America, further ordered that the US Marshal Service is directed to dispose of the $12,737.00 in US Currency. Further ordered that the sum of $8,000.00 in US Currency shall be returned to the claimant Nathaniel Dickerson by and through his attorney Michael A. Burger, Esq., each party to bear its own costs.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 17th day of December, 2008.

DATED: December 19, 2008

*Lawrence K. Baerman*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk